**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: HOFFMANN, WILLIAM CHARLES | § | Case No. 10-12787 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER                , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 01/13/2012 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 North Ottawa Street
Joliet, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 11/29/2011        By: /s/BRADLEY J. WALLER
                                        Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380
bwaller@ksbwl.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: HOFFMANN, WILLIAM CHARLES    §    Case No. 10-12787
§
§
Debtor(s)    §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*    $    21,908.41

*and approved disbursements of*    $    1,194.30

*leaving a balance on hand of* [1]    $    20,714.11

**Balance on hand:**    $    20,714.11

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $    0.00
Remaining balance:    $    20,714.11

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BRADLEY J. WALLER | 2,940.84 | 0.00 | 2,940.84 |
| Trustee, Expenses - BRADLEY J. WALLER | 100.00 | 0.00 | 100.00 |
| Accountant for Trustee, Fees - LEE G. SCHWENDNER, CPA | 1,446.25 | 0.00 | 1,446.25 |

Total to be paid for chapter 7 administration expenses:    $    4,487.09
Remaining balance:    $    16,227.02

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 16,227.02

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 16,227.02

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 163,858.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Discover Bank | 11,309.51 | 0.00 | 1,119.99 |
| 3 | State Farm Bank | 9,861.81 | 0.00 | 976.62 |
| 4 | Chase Bank USA, N.A. | 1,500.39 | 0.00 | 148.58 |
| 5 | Chase Bank USA, N.A. | 2,291.18 | 0.00 | 226.90 |
| 6 | Chase Bank USA, N.A. | 10,619.07 | 0.00 | 1,051.62 |
| 7 | PYOD LLC its successors and assigns as assignee of | 6,809.43 | 0.00 | 674.34 |
| 8 | PYOD LLC its successors and assigns as assignee of | 23,942.26 | 0.00 | 2,371.02 |
| 9 | GE Money Bank | 22,823.16 | 0.00 | 2,260.20 |
| 11 | American Express Bank, FSB | 21,581.63 | 0.00 | 2,137.25 |

**UST Form 101-7-NFR (10/1/2010)**

|  |  | Total to be paid for timely general unsecured claims: | $ | 16,227.02 |
|---|---|---|---|---|
|  |  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 7,053.50 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 13 | Grundy County Collector | 7,053.50 | 0.00 | 0.00 |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|  | Total to be paid for subordinated claims: $ | 0.00 |
|---|---|---|
|  | Remaining balance: $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/BRADLEY J. WALLER
Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380
bwaller@ksbwl.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0752-1 | User: ahamilton | Page 1 of 2 | Date Rcvd: Jun 11, 2010 |
| Case: 10-12787 | Form ID: ntcftfc7 | Total Noticed: 31 | |

The following entities were noticed by first class mail on Jun 13, 2010.
```
db          +William Charles Hoffmann,   505 Kilheeney Drive,   Minooka, IL 60447-9434
aty         +Jason Kara,   Law Offices of Peter Francis Geraci,   55 E Monroe St #3400,
              Chicago, IL 60603-5920
tr          +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court,
              Sycamore, IL 60178-3140
15307306    +BAC HOME Loans Servici,   Attn: Bankruptcy Dept.,   450 American St,   Simi Valley, CA 93065-6285
15307322    +Bank of America,   Bankruptcy Department,   PO Box 15025,   Wilmington, DE 19886-5025
15307319    +CITI,   Attn: Bankruptcy Dept.,   Po Box 6241,   Sioux Falls, SD 57117-6241
15307308    +Equifax,   Attn: Bankruptcy Dept.,   PO Box 740241,   Atlanta, GA 30374-0241
15307309    +Experian,   Attn: Bankruptcy Dept.,   PO Box 2002,   Allen, TX 75013-2002
15307328    +GC Services,   Bankruptcy Department,   PO Box 1389,   Copperas, TX 76522-5389
15307327    +GE Premier,   Attn: Bankruptcy Dept.,   PO Box 981064,   El Paso, TX 79998-1064
15307332    +Home Depot Credit Svc/Citicard,   Bankruptcy Department,   PO Box 20483,
              Kansas City, MO 64195-0483
15307315    +IC Systems Inc.,   Bankruptcy Department,   444 Highway 96E,   Saint Paul, MN 55127-2557
15307317    +National CITY CARD SER,   Attn: Bankruptcy Dept.,   1 National City Pkwy,
              Kalamazoo, MI 49009-8002
15307329    +National City Bank,   Bankruptcy Department,   4653 E. Main Street,   Columbus, OH 43251-0001
15307330     PNC National Bank,   Bankruptcy Department,   PO Box 15019,   Wilmington, DE 19850-5019
15307311    +Sears/CBSD,   Attn: Bankruptcy Dept.,   Po Box 6189,   Sioux Falls, SD 57117-6189
15307313    +State FARM Financial S,   Attn: Bankruptcy Dept.,   3 State Farm Plaza N-4,
              Bloomington, IL 61791-0002
15307310    +Transunion,   Attn: Bankruptcy Dept.,   PO Box 1000,   Chester, PA 19016-1000
15307321    +Zwicker & Associates, PC,   Bankruptcy Department,   80 Minuteman Rd.,   Andover, MA 01810-1008
```
The following entities were noticed by electronic transmission on Jun 11, 2010.
```
15307320    +EDI: AMEREXPR.COM Jun 11 2010 16:03:00      American Express,   Bankruptcy Department,   Box 0001,
              Los Angeles, CA 90096-8000
15307324    +EDI: BANKAMER.COM Jun 11 2010 16:03:00      Bank of America,   Bankruptcy Department,
              PO Box 15710,   Wilmington, DE 19886-5710
15307323    +EDI: BANKAMER2.COM Jun 11 2010 16:03:00      Bank of America,   Bankruptcy Department,
              PO Box 15028,   Wilmington, DE 19850-5028
15307314    +EDI: CHASE.COM Jun 11 2010 16:03:00      CHASE,   Attn: Bankruptcy Dept.,   Po Box 15298,
              Wilmington, DE 19850-5298
15307319    +EDI: CITICORP.COM Jun 11 2010 16:03:00      CITI,   Attn: Bankruptcy Dept.,   Po Box 6241,
              Sioux Falls, SD 57117-6241
15307312    +EDI: CAPITALONE.COM Jun 11 2010 16:03:00      Capital One,   Attn: Bankruptcy Dept.,
              Po Box 85520,   Richmond, VA 23285-5520
15307325    +EDI: CHASE.COM Jun 11 2010 16:03:00      Chase,   Bankruptcy Department,   PO Box 15153,
              Wilmington, DE 19886-5153
15307316    +EDI: DISCOVER.COM Jun 11 2010 16:03:00      Discover FIN SVCS LLC,   Attn: Bankruptcy Dept.,
              Po Box 15316,   Wilmington, DE 19850-5316
15307333     EDI: RMSC.COM Jun 11 2010 16:03:00      Exxon Mobil,   Bankruptcy Department,   PO Box 105987,
              Atlanta, GA 30348-5987
15307307    +EDI: FORD.COM Jun 11 2010 16:08:00      FORD CRED,   Attn: Bankruptcy Dept.,   Po Box Box 542000,
              Omaha, NE 68154-8000
15371791    +EDI: FORD.COM Jun 11 2010 16:08:00      Ford Motor Credit Company LLC,   P O Box 6275,
              Dearborn, MI 48121-6275
15307334    +EDI: HFC.COM Jun 11 2010 16:03:00      Menards,   Bankruptcy Dept,   90 Christiana Rd,
              New Castle, DE 19720-3118
15307331    +EDI: RMSC.COM Jun 11 2010 16:03:00      Sam's Club/GEMB,   Bankruptcy Department,   PO Box 530981,
              Atlanta, GA 30353-0981
15307311    +EDI: SEARS.COM Jun 11 2010 16:03:00      Sears/CBSD,   Attn: Bankruptcy Dept.,   Po Box 6189,
              Sioux Falls, SD 57117-6189
                                                                                              TOTAL: 14
```

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
15307318*   +Capital One,   Attn: Bankruptcy Dept.,   Po Box 85520,   Richmond, VA 23285-5520
15307326*   +Chase,   Bankruptcy Department,   PO Box 15153,   Wilmington, DE 19886-5153
                                                                                              TOTALS: 0, * 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1        User: ahamilton         Page 2 of 2           Date Rcvd: Jun 11, 2010
Case: 10-12787              Form ID: ntcftfc7       Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 13, 2010        Signature:  *Joseph Speetjens*