# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: HOFFMANN, WILLIAM CHARLES             §     Case No. 10-12787
                                             §
                                             §
                                             §
Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 01/13/2012 in Courtroom 201, United States Courthouse,

Will County Court Annex Building
57 North Ottawa Street
Joliet, IL 60432.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

Date Mailed:  11/29/2011          By:  /s/BRADLEY J. WALLER
                                           Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL  60178
(815) 748-0380
bwaller@ksbwl.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: HOFFMANN, WILLIAM CHARLES § Case No. 10-12787
§
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 21,908.41 |
| *and approved disbursements of* | $ | 1,194.30 |
| *leaving a balance on hand of* [1] | $ | 20,714.11 |

**Balance on hand:** $ 20,714.11

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 20,714.11

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BRADLEY J. WALLER | 2,940.84 | 0.00 | 2,940.84 |
| Trustee, Expenses - BRADLEY J. WALLER | 100.00 | 0.00 | 100.00 |
| Accountant for Trustee, Fees - LEE G. SCHWENDNER, CPA | 1,446.25 | 0.00 | 1,446.25 |

Total to be paid for chapter 7 administration expenses: $ 4,487.09
Remaining balance: $ 16,227.02

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00

Remaining balance: $ 16,227.02

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00

Remaining balance: $ 16,227.02

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 163,858.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Discover Bank | 11,309.51 | 0.00 | 1,119.99 |
| 3 | State Farm Bank | 9,861.81 | 0.00 | 976.62 |
| 4 | Chase Bank USA, N.A. | 1,500.39 | 0.00 | 148.58 |
| 5 | Chase Bank USA, N.A. | 2,291.18 | 0.00 | 226.90 |
| 6 | Chase Bank USA, N.A. | 10,619.07 | 0.00 | 1,051.62 |
| 7 | PYOD LLC its successors and assigns as assignee of | 6,809.43 | 0.00 | 674.34 |
| 8 | PYOD LLC its successors and assigns as assignee of | 23,942.26 | 0.00 | 2,371.02 |
| 9 | GE Money Bank | 22,823.16 | 0.00 | 2,260.20 |
| 11 | American Express Bank, FSB | 21,581.63 | 0.00 | 2,137.25 |

|  |  | | | | |
|---|---|---|---|---|---|
| | Total to be paid for timely general unsecured claims: | $ | 16,227.02 |
| | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 7,053.50 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 13 | Grundy County Collector | 7,053.50 | 0.00 | 0.00 |

|  |  | | |
|---|---|---|---|
| | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  | |
|---|---|---|
| Total to be paid for subordinated claims: $ | 0.00 |
| Remaining balance: $ | 0.00 |

UST Form 101-7-NFR (10/1/2010)

Prepared By: <u>/s/BRADLEY J. WALLER</u>

Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL  60178
(815) 748-0380
bwaller@ksbwl.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: ahamilton          Page 1 of 2          Date Rcvd: Jun 11, 2010
Case: 10-12787               Form ID: ntcfffc7          Total Noticed: 31

The following entities were noticed by first class mail on Jun 13, 2010.
| | | |
|---|---|---|
| db | +William Charles Hoffmann,   505 Kilheeney Drive,   Minooka, IL 60447-9434 |
| aty | +Jason Kara,   Law Offices of Peter Francis Geraci,   55 E Monroe St #3400,   Chicago, IL 60603-5920 |
| tr | +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court,   Sycamore, IL 60178-3140 |
| 15307306 | +BAC HOME Loans Servici,   Attn: Bankruptcy Dept.,   450 American St,   Simi Valley, CA 93065-6285 |
| 15307322 | +Bank of America,   Bankruptcy Department,   PO Box 15025,   Wilmington, DE 19886-5025 |
| 15307319 | +CITTI,   Attn: Bankruptcy Dept.,   Po Box 6241,   Sioux Falls, SD 57117-6241 |
| 15307308 | +Equifax,   Attn: Bankruptcy Dept.,   PO Box 740241,   Atlanta, GA 30374-0241 |
| 15307309 | +Experian,   Attn: Bankruptcy Dept.,   PO Box 2002,   Allen, TX 75013-2002 |
| 15307328 | +GC Services,   Bankruptcy Department,   PO Box 1389,   Copperas, TX 76522-5389 |
| 15307327 | +GE Premier,   Attn: Bankruptcy Dept.,   PO Box 981064,   El Paso, TX 79998-1064 |
| 15307332 | +Home Depot Credit Svc/Citicard,   Bankruptcy Department,   PO Box 20483,   Kansas City, MO 64195-0483 |
| 15307315 | +IC Systems Inc.,   Bankruptcy Department,   444 Highway 96E,   Saint Paul, MN 55127-2557 |
| 15307317 | +National CITY CARD SER,   Attn: Bankruptcy Dept.,   1 National City Pkwy,   Kalamazoo, MI 49009-8002 |
| 15307329 | +National City Bank,   Bankruptcy Department,   4653 E. Main Street,   Columbus, OH 43251-0001 |
| 15307330 | PNC National Bank,   Bankruptcy Department,   PO Box 15019,   Wilmington, DE 19850-5019 |
| 15307311 | +Sears/CBSD,   Attn: Bankruptcy Dept.,   Po Box 6189,   Sioux Falls, SD 57117-6189 |
| 15307313 | +State FARM Financial S,   Attn: Bankruptcy Dept.,   3 State Farm Plaza N-4,   Bloomington, IL 61791-0002 |
| 15307310 | +Transunion,   Attn: Bankruptcy Dept.,   PO Box 1000,   Chester, PA 19016-1000 |
| 15307321 | +Zwicker & Associates, PC,   Bankruptcy Department,   80 Minuteman Rd.,   Andover, MA 01810-1008 |

The following entities were noticed by electronic transmission on Jun 11, 2010.
| | | |
|---|---|---|
| 15307320 | +EDI: AMEREXPR.COM Jun 11 2010 16:03:00   American Express,   Bankruptcy Department,   Box 0001,   Los Angeles, CA 90096-8000 |
| 15307324 | +EDI: BANKAMER.COM Jun 11 2010 16:03:00   Bank of America,   Bankruptcy Department,   PO Box 15710,   Wilmington, DE 19886-5710 |
| 15307323 | +EDI: BANKAMER2.COM Jun 11 2010 16:03:00   Bank of America,   Bankruptcy Department,   PO Box 15028,   Wilmington, DE 19850-5028 |
| 15307314 | +EDI: CHASE.COM Jun 11 2010 16:03:00   CHASE,   Attn: Bankruptcy Dept.,   Po Box 15298,   Wilmington, DE 19850-5298 |
| 15307319 | +EDI: CITICORP.COM Jun 11 2010 16:03:00   CITI,   Attn: Bankruptcy Dept.,   Po Box 6241,   Sioux Falls, SD 57117-6241 |
| 15307312 | +EDI: CAPITALONE.COM Jun 11 2010 16:03:00   Capital One,   Attn: Bankruptcy Dept.,   Po Box 85520,   Richmond, VA 23285-5520 |
| 15307325 | +EDI: CHASE.COM Jun 11 2010 16:03:00   Chase,   Bankruptcy Department,   PO Box 15153,   Wilmington, DE 19886-5153 |
| 15307316 | +EDI: DISCOVER.COM Jun 11 2010 16:03:00   Discover FIN SVCS LLC,   Attn: Bankruptcy Dept.,   Po Box 15316,   Wilmington, DE 19850-5316 |
| 15307333 | EDI: RMSC.COM Jun 11 2010 16:03:00   Exxon Mobil,   Bankruptcy Department,   PO Box 105987,   Atlanta, GA 30348-5987 |
| 15307307 | +EDI: FORD.COM Jun 11 2010 16:08:00   FORD CRED,   Attn: Bankruptcy Dept.,   Po Box 542000,   Omaha, NE 68154-8000 |
| 15371791 | +EDI: FORD.COM Jun 11 2010 16:08:00   Ford Motor Credit Company LLC,   P O Box 6275,   Dearborn, MI 48121-6275 |
| 15307334 | +EDI: HFC.COM Jun 11 2010 16:03:00   Menards,   Bankruptcy Dept,   90 Christiana Rd,   New Castle, DE 19720-3118 |
| 15307331 | +EDI: RMSC.COM Jun 11 2010 16:03:00   Sam's Club/GEMB,   Bankruptcy Department,   PO Box 530981,   Atlanta, GA 30353-0981 |
| 15307311 | +EDI: SEARS.COM Jun 11 2010 16:03:00   Sears/CBSD,   Attn: Bankruptcy Dept.,   Po Box 6189,   Sioux Falls, SD 57117-6189 |

TOTAL: 14

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
| | | |
|---|---|---|
| 15307318* | +Capital One,   Attn: Bankruptcy Dept.,   Po Box 85520,   Richmond, VA 23285-5520 |
| 15307326* | +Chase,   Bankruptcy Department,   PO Box 15153,   Wilmington, DE 19886-5153 |

TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

District/off: 0752-1          User: ahamilton          Page 2 of 2          Date Rcvd: Jun 11, 2010
Case: 10-12787               Form ID: ntcftfc7          Total Noticed: 31

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 13, 2010**                    **Signature:**   _Joseph Speetjens_

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 10-12787-BWB
William Charles Hoffmann                                            Chapter 7
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0752-1        User: cturner        Page 1 of 3        Date Rcvd: Dec 19, 2011
                            Form ID: pdf006       Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2011.
db         #+William Charles Hoffmann,   505 Kilheeney Drive,   Minooka, IL 60447-9434
15307320   +American Express,   Bankruptcy Department,   Box 0001,   Los Angeles, CA 90096-8000
16045345    American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
15307306   +BAC HOME Loans Servici,   Attn: Bankruptcy Dept.,   450 American St,   Simi Valley, CA 93065-6285
15307322   +Bank of America,   Bankruptcy Department,   PO Box 15025,   Wilmington, DE 19886-5025
15307324   +Bank of America,   Bankruptcy Department,   PO Box 15710,   Wilmington, DE 19886-5710
15307312   ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
            (address filed with court: Capital One,   Attn: Bankruptcy Dept.,   Po Box 85520,
            Richmond, VA 23285)
15307314   +CHASE,   Attn: Bankruptcy Dept.,   Po Box 15298,   Wilmington, DE 19850-5298
15307319   +CITI,   Attn: Bankruptcy Dept.,   Po Box 6241,   Sioux Falls, SD 57117-6241
15307325   +Chase,   Bankruptcy Department,   PO Box 15153,   Wilmington, DE 19886-5153
15766823    Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
15307308   +Equifax,   Attn: Bankruptcy Dept.,   PO Box 740241,   Atlanta, GA 30374-0241
15307309   +Experian,   Attn: Bankruptcy Dept.,   PO Box 2002,   Allen, TX 75013-2002
15307307   +FORD CRED,   Attn: Bankruptcy Dept.,   Po Box 542000,   Omaha, NE 68154-8000
15371791   +Ford Motor Credit Company LLC,   P O Box 6275,   Dearborn, MI 48121-6275
15307328   +GC Services,   Bankruptcy Department,   PO Box 1389,   Copperas, TX 76522-5389
15307327   +GE Premier,   Attn: Bankruptcy Dept.,   PO Box 981064,   El Paso, TX 79998-1064
15941943   +Grundy County Collector,   111 E. Washington Street,   PO Box 689,   Morris, IL 60450-0689
15307332   +Home Depot Credit Svc/Citicard,   Bankruptcy Department,   PO Box 20483,
            Kansas City, MO 64195-0483
15307334   +Menards,   Bankruptcy Dept,   90 Christiana Rd,   New Castle, DE 19720-3118
15307317   +National CITY CARD SER,   Attn: Bankruptcy Dept.,   1 National City Pkwy,
            Kalamazoo, MI 49009-8003
15307329   +National City Bank,   Bankruptcy Department,   4653 E. Main Street,   Columbus, OH 43251-0001
15307330   +PNC National Bank,   Bankruptcy Department,   PO Box 15019,   Wilmington, DE 19850-5019
15307311   +Sears/CBSD,   Attn: Bankruptcy Dept.,   Po Box 6189,   Sioux Falls, SD 57117-6189
15307313   +State FARM Financial S,   Attn: Bankruptcy Dept.,   3 State Farm Plaza N-4,
            Bloomington, IL 61791-0002
15738223    State Farm Bank,   POB 3001,   Malvern, PA 19355-0701
15307310   +Transunion,   Attn: Bankruptcy Dept.,   PO Box 1000,   Chester, PA 19016-1000
15307321   +Zwicker & Associates, PC,   Bankruptcy Department,   80 Minuteman Rd.,   Andover, MA 01810-1008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15719618    E-mail/PDF: mrdiscen@discoverfinancial.com Dec 20 2011 06:32:00     Discover Bank,
            Dfs Services LLC,   PO Box 3025,   New Albany, OH  43054-3025
15307316   +E-mail/PDF: mrdiscen@discoverfinancial.com Dec 20 2011 06:32:00     Discover FIN SVCS LLC,
            Attn: Bankruptcy Dept.,   Po Box 15316,   Wilmington, DE 19850-5316
15307333    E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2011 06:35:38     Exxon Mobil,
            Bankruptcy Department,   PO Box 105987,   Atlanta, GA 30348-5987
16117507    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 20 2011 06:29:30
            Fia Card Services, NA/Bank of America,   by American Infosource Lp As Its Agent,   PO Box 248809,
            Oklahoma City, OK  73124-8809
15831941    E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2011 06:35:38     GE Money Bank,
            c/o Recovery Management Systems Corporat,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
15307315   +E-mail/Text: Bankruptcy@icsystem.com Dec 20 2011 03:47:48     IC Systems Inc.,
            Bankruptcy Department,   444 Highway 96E,   Saint Paul, MN 55127-2557
15825463   +E-mail/Text: resurgentbknotifications@resurgent.com Dec 20 2011 03:43:00
            PYOD LLC its successors and assigns as assignee of,   Citibank, NA,
            c/o Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
15307331    E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2011 06:35:38     Sam's Club/GEMB,
            Bankruptcy Department,   PO Box 530981,   Atlanta, GA 30353-0981
                                                                                    TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15307318*  ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
            (address filed with court: Capital One,   Attn: Bankruptcy Dept.,   Po Box 85520,
            Richmond, VA 23285)
15307326*   +Chase,   Bankruptcy Department,   PO Box 15153,   Wilmington, DE 19886-5153
15307323   ##+Bank of America,   Bankruptcy Department,   PO Box 15028,   Wilmington, DE 19850-5028
                                                                  TOTALS: 0, * 2, ## 1


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1          User: cturner          Page 2 of 3          Date Rcvd: Dec 19, 2011
                              Form ID: pdf006         Total Noticed: 36
```

                    ***** BYPASSED RECIPIENTS (continued) *****

```
Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 21, 2011**                    **Signature:**

District/off: 0752-1          User: cturner          Page 3 of 3          Date Rcvd: Dec 19, 2011
                             Form ID: pdf006         Total Noticed: 36

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2011 at the address(es) listed below:
              Bradley J Waller    bjwtrustee@ksbwl.com,  il56@ecfcbis.com
              Jason A. Kara    on behalf of Debtor William Hoffmann ndil@geracilaw.com
              Michael L Sherman    on behalf of Creditor  Ford Motor Credit Company LLC shermlawl@aol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                          TOTAL: 4