UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
HOFFMANN, WILLIAM CHARLES § Case No. 10-12787
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By: /s/BRADLEY J. WALLER _____
                                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | FORD MOTOR CREDIT COMPANY LLC |  |  |  |  |  |
| 10 | GRUNDY COUNTY COLLECTOR |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | | | | | |
| BRADLEY J. WALLER | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| LEE G. SCHWENDNER, CPA | | | | | |
| American Auction Associates, Inc. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 4 | CHASE BANK USA, N.A. | | | | | |
| 5 | CHASE BANK USA, N.A. | | | | | |
| 6 | CHASE BANK USA, N.A. | | | | | |
| 2 | DISCOVER BANK | | | | | |
| 12 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 9 | GE MONEY BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 8 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 3 | STATE FARM BANK | | | | | |
| 13 | GRUNDY COUNTY COLLECTOR | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-12787 | BB | Judge: BRUCE W. BLACK | | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|---|---|
| Case Name: | HOFFMANN, WILLIAM CHARLES | | | | Date Filed (f) or Converted (c): | 03/24/10 (f) |
| | | | | | 341(a) Meeting Date: | 05/10/10 |
| For Period Ending: 02/09/12 | | | | | Claims Bar Date: | 09/13/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. (Debtors primary residence) | 234,500.00 | 0.00 | DA | 0.00 | FA |
| 2. checking account with The Private Bank ending in | 21.00 | 0.00 | DA | 0.00 | FA |
| 3. Household goods; TV, DVD player, TV stand, stere | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 4. Books, Compact Discs, Tapes/Records, Family Pict | 40.00 | 0.00 | DA | 0.00 | FA |
| 5. Necessary wearing apparel. | 50.00 | 0.00 | DA | 0.00 | FA |
| 6. Watch | 30.00 | 0.00 | DA | 0.00 | FA |
| 7. Debtor is the sole shareholder of HMC Electrical | 9,300.00 | 0.00 | DA | 0.00 | FA |
| 8. FORD CRED - 2006 Ford E350 Van with over 60,000 | 7,975.00 | 0.00 | DA | 0.00 | FA |
| 9. Equipment (u) | 0.00 | 21,905.00 | | 21,905.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3.41 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $253,416.00 | $21,905.00 | | $21,908.41 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

RE PROP# 1---Orig. Asset Memo: Imported from original petition Doc# 1
RE PROP# 2---Orig. Asset Memo: Imported from original petition Doc# 1
RE PROP# 3---Orig. Asset Memo: Imported from original petition Doc# 1
RE PROP# 4---Orig. Asset Memo: Imported from original petition Doc# 1
RE PROP# 5---Orig. Asset Memo: Imported from original petition Doc# 1
RE PROP# 6---Orig. Asset Memo: Imported from original petition Doc# 1
RE PROP# 7---Orig. Asset Memo: Imported from original petition Doc# 1
RE PROP# 8---Orig. Asset Memo: Imported from original petition Doc# 1

LFORM1    Ver: 16.05c

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 10-12787    BB    Judge: BRUCE W. BLACK | Trustee Name: | BRADLEY J. WALLER |
| Case Name: | HOFFMANN, WILLIAM CHARLES | Date Filed (f) or Converted (c): | 03/24/10 (f) |
| | | 341(a) Meeting Date: | 05/10/10 |
| | | Claims Bar Date: | 09/13/10 |

Initial Projected Date of Final Report (TFR): 12/31/11      Current Projected Date of Final Report (TFR): 12/31/11

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-12787 -BB | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|
| Case Name: | HOFFMANN, WILLIAM CHARLES | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******4465 Money Market Account |
| Taxpayer ID No: | *******8145 | | |
| For Period Ending: | 02/09/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/09/10 | 9 | American Auction Associates, Inc. 8515 S. Thomas Avenue Bridgeview, IL 60445 | Sale proceeds per court order of 07/09/10 DEPOSIT CHECK #4569 | 1229-000 | 21,905.00 | | 21,905.00 |
| 08/23/10 | 001001 | American Auction Associates, Inc. 8515 South Thomas Avenue Bridgeview, IL 60455 | per court order of August 20, 2010 | 3620-000 | | 1,023.17 | 20,881.83 |
| 08/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.91 | | 20,882.74 |
| 09/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,882.91 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,883.08 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,883.25 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,883.42 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,883.59 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 20,883.75 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,883.92 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,884.09 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,884.26 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,884.43 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,884.60 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 40.05 | 20,844.55 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,844.72 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 48.55 | 20,796.17 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -1.43 | 20,797.60 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,797.77 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 42.73 | 20,755.04 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 20,755.21 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 41.23 | 20,713.98 |
| 11/23/11 | INT | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.13 | | 20,714.11 |
| 11/23/11 | | To Acct #*******4466 | | 9999-000 | | 20,714.11 | 0.00 |
| | | | Page Subtotals | | 21,908.41 | 21,908.41 | |

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-12787 -BB | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|
| Case Name: | HOFFMANN, WILLIAM CHARLES | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******4465  Money Market Account |
| Taxpayer ID No: | *******8145 | | |
| For Period Ending: | 02/09/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | COLUMN TOTALS |  | 21,908.41 | 21,908.41 | 0.00 |
|  | Less: Bank Transfers/CD's |  | 0.00 | 20,714.11 | |
|  | Subtotal |  | 21,908.41 | 1,194.30 | |
|  | Less: Payments to Debtors |  | | 0.00 | |
|  | Net |  | 21,908.41 | 1,194.30 | |

Page Subtotals      0.00      0.00

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-12787 -BB | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|
| Case Name: | HOFFMANN, WILLIAM CHARLES | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******4466  Checking Account |
| Taxpayer ID No: | *******8145 | | |
| For Period Ending: | 02/09/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/23/11 | | From Acct #*******4465 | | 9999-000 | 20,714.11 | | 20,714.11 |
| 01/13/12 | 000101 | BRADLEY J. WALLER<br>2045 ABERDEEN COURT<br>SYCAMORE, IL  60178 | Dividend paid 100.00% on<br>$2,940.84, Trustee Compensation;  Reference: | 2100-000 | | 2,940.84 | 17,773.27 |
| 01/13/12 | 000102 | BRADLEY J. WALLER<br>2045 ABERDEEN COURT<br>SYCAMORE, IL  60178 | Dividend paid 100.00% on $100.00,<br>Trustee Expenses;  Reference: | 2200-000 | | 100.00 | 17,673.27 |
| 01/13/12 | 000103 | LEE G. SCHWENDNER, CPA<br>DiGiovine, Hnilo, Jordan & Joh<br>2570 Foxfield Road, Suite 301<br>St. Charles, IL  60174 | Dividend paid 100.00% on<br>$1,446.25, Accountant for Trustee Fees (Other Firm);<br>Reference: | 3410-000 | | 1,446.25 | 16,227.02 |
| 01/13/12 | 000104 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH  43054-3025 | Dividend paid   9.90% on<br>$11,309.51; Claim# 2; Filed: $11,309.51; Reference: | 7100-000 | | 1,119.99 | 15,107.03 |
| 01/13/12 | 000105 | State Farm Bank<br>POB 3001<br>Malvern, PA  19355-0701 | Dividend paid   9.90% on<br>$9,861.81; Claim# 3; Filed: $9,861.81; Reference: | 7100-000 | | 976.62 | 14,130.41 |
| 01/13/12 | 000106 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE  19850-5145 | Dividend paid   9.90% on<br>$1,500.39; Claim# 4; Filed: $1,500.39; Reference: | 7100-000 | | 148.58 | 13,981.83 |
| 01/13/12 | 000107 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE  19850-5145 | Dividend paid   9.90% on<br>$2,291.18; Claim# 5; Filed: $2,291.18; Reference: | 7100-000 | | 226.90 | 13,754.93 |
| 01/13/12 | 000108 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE  19850-5145 | Dividend paid   9.90% on<br>$10,619.07; Claim# 6; Filed: $10,619.07; Reference: | 7100-000 | | 1,051.62 | 12,703.31 |
| 01/13/12 | 000109 | PYOD LLC its successors and assigns as assignee of<br>Citibank, NA,c/o Resurgent Capital | Dividend paid   9.90% on<br>$6,809.43; Claim# 7; Filed: $6,809.43; Reference: | 7100-000 | | 674.34 | 12,028.97 |

Page Subtotals         20,714.11         8,685.14

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-12787 -BB | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|
| Case Name: | HOFFMANN, WILLIAM CHARLES | Bank Name: | The Bank of New York Mellon |
|  |  | Account Number / CD #: | *******4466  Checking Account |
| Taxpayer ID No: | *******8145 |  |  |
| For Period Ending: | 02/09/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/13/12 | 000110 | PYOD LLC its successors and assigns as assignee of Citibank, NA,c/o Resurgent Capital Services,PO Box 19008 Greenville, SC  29602 | Dividend paid  9.90% on $23,942.26; Claim# 8; Filed: $23,942.26; Reference: | 7100-000 |  | 2,371.02 | 9,657.95 |
| 01/13/12 | 000111 | GE Money Bank c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami, FL  33131-1605 | Dividend paid  9.90% on $22,823.16; Claim# 9; Filed: $22,823.16; Reference: | 7100-000 |  | 2,260.20 | 7,397.75 |
| 01/13/12 | 000112 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA  19355-0701 | Dividend paid  9.90% on $21,581.63; Claim# 11; Filed: $21,581.63; Reference: | 7100-000 |  | 2,137.25 | 5,260.50 |
| 01/13/12 | 000113 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK  73124-8809 | Dividend paid  9.90% on $53,119.83; Claim# 12; Filed: $53,119.83; Reference: | 7100-000 |  | 5,260.50 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 20,714.11 | 20,714.11 | 0.00 |
| Less:  Bank Transfers/CD's | 20,714.11 | 0.00 |  |
| Subtotal | 0.00 | 20,714.11 |  |
| Less:  Payments to Debtors |  | 0.00 |  |
| Net | 0.00 | 20,714.11 |  |

Page Subtotals       0.00       12,028.97

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 12)

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-12787 -BB | | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|
| Case Name: | HOFFMANN, WILLIAM CHARLES | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******2970  Checking Account |
| Taxpayer ID No: | *******8145 | | | |
| For Period Ending: | 02/09/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********4465 | 21,908.41 | 1,194.30 | 0.00 |
| Checking Account - ********4466 | 0.00 | 20,714.11 | 0.00 |
| Checking Account - ********2970 | 0.00 | 0.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 21,908.41 | 21,908.41 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00       0.00

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*